UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Abdifadil Abdi Kulmiye,   Civil 06-2260 PJS/FLN

    Petitioner,

v.   O R D E R

Scott Baniecke, Field Director,
B.I.C.E.,

    Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 28, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that the petition for writ of habeas corpus is DENIED as moot.

DATED: 7/18, 2006.                 s/Patrick J. Schiltz
at St. Paul, Minnesota           JUDGE PATRICK J. SCHILTZ
                                             United States District Court